# Third District Court of Appeal

## State of Florida

Opinion filed March 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0202
Lower Tribunal No. F95-7700
_____

**Melvin Stevens,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Melvin Stevens, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before LINDSEY, LOBREE, and GOODEN, JJ.

PER CURIAM.

Affirmed.  <u>See</u> <u>Williams v. State</u>, 957 So. 2d 600, 602 (Fla. 2007) ("We have generally defined an 'illegal sentence' as one that imposes a punishment or penalty that no judge under the entire body of sentencing statutes and laws could impose under any set of factual circumstances.").